ORIGINAL



# United States District Court
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

NATHAN LARON GRISSOM

**CRIMINAL COMPLAINT**

Case Number: 1:17-MJ-045

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about December 3, 2016 in Fulton County, in the Northern District of Georgia, defendant did, knowingly and willfully transmit in interstate commerce a communication for the purpose of issuing a threat to injure the person of another, with the knowledge that the communication would be viewed as a threat to injure another

in violation of Title 18, United States Code, Section 875(c).

I further state that I am a Task Force Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

Signature of Complainant
Robert Cunningham

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it.  Sworn to before me, and subscribed in my presence

January 27, 2017                                              at    Atlanta, Georgia
Date                                                                     City and State

JANET F. KING
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                        Signature of Judicial Officer
AUSA Joseph Plummer / 2016R01045

## AFFIDAVIT

Your affiant attests to the following:

1. I, Robert Cunningham, am a Georgia Bureau of Investigation Special Agent, and I have been so employed for 5 years. I am deputized as a federal agent by the United States Marshals Service and I am currently assigned to the Federal Bureau of Investigation's (FBI) Joint Terrorism Task Force. As a part of my duties I investigate terrorism and threats communicated in interstate commerce.

2. Your affiant submits this affidavit in support of a complaint against Nathan Laron Grissom who on December 3, 2016 made a telephone call from Atlanta, Georgia to Washington DC and during that call he threatened to kill FBI agents, in violation of 18 U.S.C. § 875(c).

3. Specifically, Grissom used **telephone number 678-497-7921** to call the FBI's Washington Field Office and his call was transferred to the Criminal Justice Information Services (CIJS) Division in Clarksburg, West Virginia. During the call, Grissom identified himself by name, stated his Social Security number and said that if his name and criminal history

information was not taken out of the system, he would kill any agent who stayed in Atlanta, Georgia or any other state he visited.

4. Grissom was serious and did not appear to be joking. During the call, Grissom's tone was hostile and he used profanity. For example: "tell your agents to back the f**k off" and "take that sh*t the f**k off."

5. The threat was taken seriously and the recipient of the call, reported it that same day he received the call.

6. The FBI conducted an open source search for **telephone number 678-497-7921** revealed a Google Plus account for Nathan Grissom. On August 21, 2016, Grissom posted his contact information as **678-497-7921**, e-mail grissom4you@gmail.com and address of the Atlanta Union Mission, 165 Ivan Allen Boulevard, NW. Your affiant called T-Mobile and determined that **telephone number 678-497-7921** is a telephone number that it services.

7. Telephone records obtained from T-Mobile for **telephone number 678-497-7921** establish that it is subscribed to by Nathan Grissom and that the threatening call in question (on December 3, 2016) originated from a cell tower in the vicinity of 2686 Piedmont Road, Atlanta, Fulton County, in the Northern District of Georgia. On January 26, 2017, Roswell Police

Department arrested Grissom for impersonating a law enforcement officer. On January 27, 2017, your affiant met Grissom at the Roswell City Jail, advised him of is Miranda rights and Grissom admitted that his **telephone number was 678-497-7921**, but he stated he recently obtained a new telephone number within the last couple of weeks. I played a recording of the threatening call for Grissom at least twice. Although he denied making the threatening call, as result of talking with Grissom I had the opportunity to compare his voice with the one in the recording of the threatening telephone call and Grissom sounds like the threatening caller.

8. Therefore, because of the foregoing information your affiant submits that probable cause exists to believe that defendant, Nathan Laron Grissom, did knowingly and willfully transmit in interstate commerce a communication for the purpose of issuing a threat to injure the person of another, with the knowledge that the communication would be viewed as a threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

Further sayeth affiant not.