# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

United States of America,

v.  Case No. 1:17-cr-00039

Nathan Laron Grissom,  Michael L. Brown
United States District Judge

Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation on Defendant's Competency to Stand Trial ("R&R") (Dkt. 41). The R&R recommends that the Court find Defendant competent to stand trial.

Where, as here, no party files objections to the R&R, the Court conducts a review of the record for plain error. *See United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983) (per curium). And after a careful and complete review of the findings and recommendations, the Court finds no error in the Magistrate Judge's conclusion that Defendant is competent to stand trial.

Defendant is charged with transmitting a threatening communication in interstate commerce, in violation of 18 U.S.C. § 875(c), and impersonating a federal officer, in violation of 18 U.S.C. § 915. (Dkt. 2). In August 2017, a court-ordered evaluation found that Defendant had some factual understanding but not a rational understanding of the proceedings against him. (Dkt. 41 at 2.) The report recommended that he undergo restoration therapy and take medication to restore his competency, both of which he completed. (*Id.*) In July 2018, Defendant took a Revised Competency Assessment Instrument, which is a semi-structured interview on basic knowledge about the court process. (*Id.* at 8.) In this interview, Defendant displayed improved awareness and the court-appointed doctor found that his symptoms were in remission. (*Id.* at 8, 10.) In August 2018, this doctor found Defendant competent to stand trial. (*Id.* at 2–3.)

The government cannot try an incompetent defendant. *United States v. Rahim*, 431 F.3d 753, 759 (11th Cir. 2005). An individual is considered competent to assist in his proceedings when he has the sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding and he has a rational and

factual understanding of the proceedings around him. *United States v. Nickels*, 324 F.3d 1250, 1252 (11th Cir. 2003). The Magistrate Judge found Defendant competent for three reasons. First, Defendant behaved appropriately during the competency hearing. (Dkt. 41 at 11.) Second, a doctor found that Defendant understood the nature and consequences of the proceedings against him and that he is properly able to assist in his defense. (*Id.* at 12.) Third, Defendant's recent medical history indicates that he has been asymptomatic since his restoration therapy and will continue to be so if he follows his prescribed medication regime, which the record reflects he has done consistently. (*Id.*)

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. 41) and finds that Defendant is **COMPETENT TO PROCEED**.

**SO ORDERED** this 20th day of December, 2018.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

3